UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE WRAGE,

                Plaintiff,

-v-

MSGN HOLDINGS, L.P., et al.

                Defendants.

22 Civ. 7841 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 20, 2022, the Court ordered plaintiff to show cause as to why defendants had not been served within the 90-day window allowed under Rule 4(m) of the Federal Rules of Civil Procedure. Dkt. 3. The Court advised plaintiff, in that order, that "if the Court does not receive any written communication from plaintiff by December 30, 2022, showing good cause why such service was not made within 90 days, the Court will dismiss without prejudice the claims" against the defendants.

The Court has not received any communication from plaintiff via ECF regarding the failure to serve defendants or otherwise responding to the Court's December 20, 2022 order. Accordingly, the Court dismisses all claims as against all defendants without prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 24, 2023
       New York, New York